# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0675

_____

GEICO GENERAL INSURANCE
COMPANY,

    Appellant,

    v.

ENRIQUE BARQUINERO and
GERALD FREEMAN, JR.,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Virginia B. Norton, Judge.

April 2, 2019

PER CURIAM.

    DISMISSED. *See* Fla. R. App. P. 9.110(l).

LEWIS, ROWE, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Caryn L. Bellus and Bretton C. Albrecht of Kubicki Draper, P.A., Miami, for Appellant.

Bryan S. Gowdy and Meredith A. Ross of Creed & Gowdy, P.A., Jacksonville, for Appellee Enrique Barquinero.

No appearance for Appellee Gerald Freeman, Jr.